UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN E. CHEN,

        Petitioner,

- against -

WARDEN, MDC BROOKLYN,

        Respondent.
-----------------------------------------------------------X
JOHN E. CHEN,

        Petitioner,

- against -

WARDEN, MDC BROOKLYN,

        Respondent.
-----------------------------------------------------------X

**ORDER TO CONSOLIDATE PETITIONS AND SHOW CAUSE**

12-CV-4658 (RRM)(LB)

12-CV-4772 (RRM)(LB)

**ROSLYNN R. MAUSKOPF, United States District Judge.**

    On August 31, 2012, and September 21, 2012, petitioner proceeding *pro se*, filed these two petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that prison officials improperly and repeatedly opened his legal mail.  Petitioner alleges that although the envelopes indicated the words "attorney/ legal mail do not open unless in the presence of inmate," prison officials opened his legal mail.  Petitioner also filed a motion for a temporary injunction to prevent prison officials from opening his legal mail outside of his presence. *See Chen v. Warden*, 12-CV-4772.

    As the two petitions involve the same questions of law and fact, the same respondent, and will require the same evidence, the two petitions are hereby consolidated.

1

## CONCLUSION

It is hereby ORDERED that:

(1)      the Clerk of Court shall consolidate the above-captioned petitions under docket number 12-CV-4772; and the Clerk of Court shall close the case with docket number 12-CV-4658, and direct that any further filings in both cases be made to 12-CV-4772;

(2)      petitioner's application to proceed *in forma pauperis* is granted in 12-CV-4772;

(3)      the Office of the United States Attorney show cause before this Court by filing a response to the petitions pursuant to the Court's Order dated October 26, 2012;

(4)      petitioner, shall file his reply, if any, within thirty (30) days of his receipt of the response;

(5)      petitioner's motion for a temporary injunction is denied without prejudice; and

(6)      the Clerk of Court shall mail a copy of this Order to plaintiff and note the mailing on the docket.

SO ORDERED.

Dated: Brooklyn, New York
November 5, 2012

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge